# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEEN RIVERS, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-0079 |
| | : | |
| SCOTT D. GALLOWAY, | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 12th day of February, 2020, upon consideration of Rasheen Rivers's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion for Appointment of Counsel (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Rivers's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

4. Rivers's Motion for Appointment of Counsel (ECF No. 3) is **DENIED**.

5. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            ***/s/ Gerald J. Pappert***
                                            **GERALD J. PAPPERT, J.**